IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | : | CASE NO. 1:13-cv-378-MRB |
| | : | |
| Plaintiffs, | : | (Judge Michael R. Barrett) |
| | : | |
| v. | : | |
| | : | |
| FIFTH THIRD BANCORP, et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' NOTICE OF NON-OPPOSITION
TO DEFENDANTS' MOTION TO STAY PENDING REVIEW
OF THE ASSERTED PATENTS BY THE UNITED STATES
PATENT AND TRADEMARK OFFICE**

Plaintiffs submit this document to state that they do not oppose Defendants' Motion to Stay Pending Review of the Asserted Patents by the United States Patent and Trademark Office (Doc. No. 50).

Respectfully submitted,


s/ Charles J. Faruki
Charles J. Faruki (0010417)
   Trial Attorney
Donald E. Burton (0040553)
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street
Suite 1420
Cincinnati, OH  45202
Telephone:  (937) 227-3705
Telecopier:  (937) 227-3717
Email:  cfaruki@ficlaw.com

Ian N. Feinberg (Admitted Pro Hac Vice)
M. Elizabeth Day (Admitted Pro Hac Vice)
Marc C. Belloli (Admitted Pro Hac Vice)
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA  94025
Telephone:  (650) 618-4364
Telecopier:  (650) 618-4368
Email:  ifeinberg@feinday.com

Attorneys for Plaintiffs
Intellectual Ventures I LLC
and Intellectual Ventures II LLC

## CERTIFICATE OF SERVICE

I certify that on the 5th day of December, 2013, I electronically filed the foregoing Plaintiffs' Notice of Non-Opposition to Defendants' Motion to Stay Pending Review of the Asserted Patents by the United States Patent and Trademark Office with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Glenn V. Whitaker
Eric W. Richardson
Adam C. Sherman
VORYS, SATER, SEYMOUR & PEASE LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Allan J. Sternstein
Michael S. Golenson
LATHROP & GAGE LLP
155 North Wacker Drive
Suite 3050
Chicago, IL 60606-1787

Attorneys for Defendants
Fifth Third Bancorp and Fifth Third Bank

s/ Donald E. Burton
Donald E. Burton

786961.1